UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHAEL OWENS,
Plaintiff,

-V-

Dr. JOHN MERSHON,
Mr. DAUSS "I.D.O.C Medical Director", DENNIS REAGLE "WARDEN"; CENTURION "Medical Provider"; Wexford of Indiana "Medical Provider", "Each Defendant Are being sued in their individual and in his or her official capacity. At all times mentioned in this Complaint each Defendant acted under the color of state law."
Defendants.

CASE No: 1:23-cv-00244-RLY-TAB
"To be supplied by Court Clerk"

COMPLAINT
JURY TRIAL DEMANDED

SCANNED at PENDLETON and Emailed on 2-7-23 by AL - 16 pages.

FILED
02/07/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

### I. INTRODUCTION

1.) This is a 42 U.S.C. § 1983 Action Complaint filed by Michael T. Owens, prisoner, pro-se, alleging that all Defendants, stated above, violated his Eighth Amendment Rights, Deliberate Indifference, Rights to Adequate Medical Care. Plaintiff is seeking injunctive Relief and money damages.

### II. JURISDICTION

2.) Jurisdiction of this Court is invoked pursuant to

28 U.S.C. §1331 in that this is a civil action arising under the Constitution of the United States.

3.) Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343(a) in that this action seeks to redress the deprivation, under color of state law, of the rights secured by Acts of Congress providing for equal rights of persons within the jurisdiction of the United States.

4.) The United States District Court for the Southern District of Indiana, Indianapolis Division is an appropriate venue under 28 U.S.C. §1391(b)(2) because it is where the events giving rise to this claim.

5.) Plaintiff seeks declaratory relief pursuant to 28 U.S.C. § 2201 and 2202.

6.) Plaintiff claims for injunctive relief are authorized by 28 U.S.C. § 2283 and 2284 and also Rule 65 of the Federal Rule of Civil Procedure.

7.) This Court has Supplemental Jurisdiction over Plaintiff's State Law claims under 28 U.S.C. §1367.

II. Parties

8.) Plaintiff, Michael T. Owens, is and was at all times

mentioned herein a prisoner of the State of Indiana (I.D.O.C. #104328) in the custody of the Indiana Department of Corrections. He is currently confined in Pendleton Correctional Facility, 4490 W. Reformatory Rd. Pendleton, Indiana 46064.

9.) Defendant, Dr. Dauss, at all relevant times mentioned was and is the Indiana Department of Correction's Medical Director; her role is to make sure that the Indiana Department of Corrections and their employees that are employed as prison officials "Medical Staff" are making sure that incarcerated offenders are recieving adequate medical care and their basic human needs are being met at all the State of Indiana Adult Prison Facilities. "State of Ind. Dept. of Corr. 302 W. Washington St. Rm. E334, Government Center South, Indpls., IN. 46204-2738.

10.) Defendant, Dr. John Mershon, at all relevant times mentioned was and still is the primary health care provider/Doctor at the Pendleton Correctional Facility "Indiana Reformatory" employed by Centurion Health / Wexford of Indiana. His role is to provide adequate medical treatment to all inmates at the Pendleton Correctional Facility and to make sure that incarcerated offenders basic human needs are being met at all times.

11.) Defendant, Dennis Reagle, at all times relevant mentioned was and still is the Warden for Pendleton Correctional Facility "IR"; his role is to make sure that the Indiana Department of Corrections prison officials at Pendleton Correctional Facility "IR" and their private medical contractors are making sure that incarcerated offenders' basic human needs are being met and are recieving adequate medical treatment. Pendleton Corr. Fac.; 4490 W. Reformatory Rd.; Pendleton, In. 46064.

12.) Defendants Centurion Medical Provider and Wexford of Indiana at all relevant times mentioned was and still is the private medical contractor for the Indiana Department of Corrections; their role is to ensure that medical staff hired by Centurion Health and Wexford of Indiana ensure that incarcerated offenders are recieving adequate medical treatment and their basic human needs are being met. - Centurion Health, 334 N. Senate Ave., Indpls., In. 46204.

IV. Exhaustion of Available Remedies

13.) Plaintiff has exhausted all his Administrative Relief "Grievance Procedures"

"4 of 14"

V. Factual Statement

14.) That on or about 5-31-22, I, Michael T. Owens was on break at work In the dinning room #1 "chow hall" and while I was sitting at the dinning table the seat that was connected to the table broke and sent me falling to the ground on my tailbone and hitting my back on the table seat behind me. After falling I was sent to the infermary "medical" and seen by a nurse where I informed her that I was in extreme pain, and she asked me what was my level of pain and I told her it was 10 with 10 being the highest level of pain and she did nothing but give me some Tylenol for pain and sent me back to the dorm with my back in extreme pain with no wheel chair or anything. The nurse scheduled me to see the doctor at least 2 weeks later. While waiting for my doctor's appointment to come around I was in extreme pain for 2 weeks I could barely walk with no wheelchair nor lay-in pass. I also did not get no bed rest due to extreme pain I was in. I also ran out of pain med the first 5 days after the incident happened. After being seen by Doctor Mershon on or about 6-14-22, after filling out a sick call or Health Care Request slip complaining

about my nerves jumping in my back with pain "extreme" and a burning sensation. After being seen by Dr. Mershon I was placed on a no work restiction order for 7 days with no meds or anything for pain and was scheduled to get an x-ray 13 days later. I put in for a mental health care request form to inform the doctor that I needed my keep on person "kop" meds and to remind them about my x-ray to be scheduled. (date of ... . health care slip 6-27-22). On or about 7-6-22, I was called to the infirmary for the x-ray. After the x-ray, I did not recieve any results of the x-ray for 3 weeks or better I put in another medical request slip on 7-21-22, informing them that I have not yet recieved my x-ray results and I want to know what was going on. On or about 7-15-22, to inform the doctor that I have not recieved my keep on person "kop" meds and it has been 2 weeks since the order was put in by LPN Osburn. I also informed the doctor "Mershon" that once again my back and tailbone is hurting, extremely bad, and my nerves are jumping with burning sensation and I really need my meds and to see an outside doctor as soon as possible. I recieved a response back and it stated, "that we are trying to get all meds in."

"6 of 14"

I had already been told by one of the main Rx "parmacy" ladies, by the name of Ms. Gina, that they had been sending my meds or ordered meds to a whole/different facility to a person with the same name as mine and that was the reason I was not recieving my meds. On or about 7-23-22, I sent another Health Care request slip to inform Dr. Mershon that I was prescribed 3 new meds a month ago and I have not recieved my "kop" "keep on person" meds yet and I am in extreme pain. I recieved a response days later signed by LPN Osburn stating, "that my meds were ordered on 7-25-22." On or about 8-31-22, I put another sick call slip "Medical health care request slip" stating that I need to see an outside doctor again about or due to my back still being in extreme pain and not being able to walk around without being in extreme pain. I also stated on same request slip that I have not recieved my meds that I was prescribed over 2 to 3 months ago for my back and gout meds in atleast 3 months due to this Facility sending my meds to another facility to a person with the same name as mine. On or about 11-2-22, I put in another Health Care request slip informing Dr. Mershon that I have extreme back pain in my lower back and I been

having muscle spasms in my lower back and my legs and they hurt really bad with a numbing and burning sensation. My legs and back hurt so bad that it wakes me up out of my sleep throughout the nights. Throughout the times I have been seen by Dr. Mershon I constantly informed him about my condition and constantly informed him that each time that I was in extreme pain and that I needed to see a real doctor on the outside to possibly get a MRI done to see exactly what is going on with my back and legs. Dr. Mershon stated that the Pendleton Correctional Facility do not shell out money for MRI's everytime someone has a little back ache and also he stated that there was nothing that they could or would do for me. Due to Dr. Mershon and Pendleton Correctional Facilities' negligence and deliberate indifferences I still suffering extreme back pain, numbness in my back and legs with constant muscle spasms. Since the incident my lower back and my sciatica nerve and tailbone and legs some days I can not even get up out of the bed and it keeps getting worser day by day. I being denied medical treatment for my serious injuries to my back, tailbone and legs. This constitutes deliberate indifferences of

my serious medical needs.

Claims For Relief

A. Denied Medical Care Claim.

15.) Defendants, Dr. John Mershon, Dr. Dauss, Warden Dennis Reagle, Centurion Health, Wexford of Indiana are liable from their policies, practices and customs and also their deliberately indifference to Plaintiff, Owens' serious medical needs at all times, Health and safety when they failed to provide adequate medical care to the Plaintiff when he suffered extreme pain to his back, tailbone and legs after he fall from the stool attached to a table and suffered multiple injurys in the chow hall, dinning room #1. That Plaintiff experienced nerve pain, numbness and extreme pain to his back, legs and tailbone. This constitutes deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment to the United States Constitution. That Plaintiff has still not recieved the Adequate Medical Attention, at this time for his serious medical injuries.

16.) That all named Defendants are liable from their policies, practices and customs and also deliberately indifference to Plaintiffs, owens' serious medical need for not providing

payments to outside Hospitals/doctors to Administer A MRI on Plaintiff for his serious Medical needs for his Back, legs and Tailbone injuries. This constitutes deliberately indifferences to Plaintiff and violates his Eighth Amendment to the United States Constitution.

### Relief Requested

17.) Wherefore, Plaintiff requests that this Court grant the following relief;

A.) Declare that All Defendants in this complaint violated Plaintiff's Eighth Amendment Rights to Adequate medical care;

B.) Declare that All Defendants Named in this Complaint had violated Plaintiff's Eighth Amendment rights to have his basic human needs met in his conditions of confinement;

C.) Declare that All Defendants named in this Complaint violated Plaintiff's Eighth Amendment rights when they neglected treating Plaintiff's injuries suffered from his falling from A broken stool/Seat in the chow hall "dinning room #1" At the Pendleton Correctional Facility.

D.) Issue An injunction ordering the Defendants to:

"10 of 14"

D.) To render outside medical care by a licensed medical provider/doctor to give adequate medical care (back, legs, and tailbone injuries) and that MRI be performed on plaintiff for injuries suffered by plaintiff when he fell from a broken seat in Dinning Rm #1 "chow hall". Imediately or as soon as possible;

E.) Award compensatory damages for plaintiff physical and emotional injuries jointly and severally from each defendant;

F.) Award punitive damages to penalize each defendant;

G.) Provide cost for plaintiff for all jury proceeding and court cost and grant plaintiff such other relief as it may appear plaintiff is entitled to.

And all relief deemed just and proper in this premises.

Respectfully Submitted;
x Michael T. Owens
x
Doc #104328    Date: 2-7-23
Pendleton Corr. Fac.
4490 W. Reformatory Rd.
Pendleton, In. 46064

Verification or Affirmation

Affidavit, the Affidavit declares that the facts stated in Affidavit/Complaint are true to the best of his knowledge or true. And I affirm under the penalties of perjury that said complaint is true and correct.

x Michael T. Owens
x Michael T. Owens
Date. 2-7-23

I certify that on this 7th day of February 2023, I served a true and complete/correct copy of the forgoing Affidavit and Verified Complaint Without Prejudice upon the U.S. District Court, Southern District Court of Indiana, Indianapolis Division, by E-filing system provided by this prison's Law Library - which constitutes filing under the prison "mailbox rule". Dowell v. State, 922 N.E.2d 605, 607 (Ind. 2010).

x Michael T. Owens
x Michael T. Owens